**1573 SENATE HAPPY HOME CLUBS vs. BOARD OF SUPERVISORS** (Alpena), No. 13852½.

To compel respondent to audit relators' bill for the cure of a

person from the liquor habit, under Act No. 207, Laws of 1893, popularly known as the "Jag Cure Act." The Circuit Court granted the writ.

Reversed February 20, 1894, on the ground that the act is unconstitutional.